DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DEPARTMENT OF CHILDREN AND FAMILIES,

Appellant,

v.

V.D.C. and S.C., on behalf of L.X.C., a minor,

Appellee.

No. 2D22-1430

_____

September 15, 2023

Appeal from the Circuit Court for Sarasota County; Charles E. Williams, Judge.

Thomas M. Gonzalez and Natasha T. Khoyi of GrayRobinson, P.A., Tampa, for Appellant.

Thomas J. Seider of Brannock Humphries & Berman, Tampa; and Damian D. Mallard and Alan L. Perez of Mallard Perez, PLLC, Sarasota, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, CASANUEVA, and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.